**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DemeRx, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2115319** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1951 NW 7th Avenue, Suite 300** **Miami, FL 33136** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** | Location of principal assets, if different from principal place of business |
| County | **Miami, FL, Bend,OR and Belgium** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.demerx.com** |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **DemeRx, Inc.** _____    Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5417____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| Debtor | DemeRx, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **DemeRx, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  9, 2018**
                MM / DD / YYYY

**X** **/s/ Deborah C. Mash, Ph.D.**                    **Deborah C. Mash, Ph.D.**
Signature of authorized representative of debtor        Printed name

Title   **CEO, President, & Director**

**18. Signature of attorney**

**X** **/s/ Geoffrey S Aaronson**                    Date **April  9, 2018**
Signature of attorney for debtor                         MM / DD / YYYY

**Geoffrey S Aaronson 349623**
Printed name

**Aaronson Schantz Beiley P.A.**
Firm name

**100 SE 2nd Street, Suite 2700**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone   **786.594.3000**        Email address   **gaaronson@aspalaw.com**

**349623 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **DemeRx, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  9, 2018**            X  */s/ Deborah C. Mash, Ph.D.*
                                               Signature of individual signing on behalf of debtor

                                               **Deborah C. Mash, Ph.D.**
                                               Printed name

                                               **CEO, President, & Director**
                                               Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **DemeRx, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Technology Consulting Group 12555 Biscayne Blvd., PMB 901 North Miami, FL 33181** | | **IT services** | | | | **$2,169.82** |
| **Arrow Pharma Services LLC CMC 1381 Sherry Drive Portage, MI 49024** | | **Research & development costs** | | | | **$2,137.00** |
| **Coffey Burlington, PL 2601 S Bayshore Drive, PH 1 Miami, FL 33133** | | **Legal fees (Contingent obligation - fees may be paid by insurance carrier under D&O policy)** | **Contingent** | | | **$20,416.19** |
| **Darpo Consulting Mangan AB, Trasthagen 11 SE 181 41 Lidingo Sweden** | | **Consulting fees Clinical Trial iCardiac** | | | | **$2,400.00** |
| **Dr. Cynthia Kuhn Professor of Pharmacology Duke University 2821 Wade Road Durham, NC 27705** | | **Research & development costs** | | | | **$2,500.00** |
| **Foley & Lardner, LLP 975 Page Mill Road Palo Alto, CA 94304** | | **IP legal fees** | **Disputed** | | | **$712,391.21** |
| **Gerald Swiss P.O. Box 9916 Rancho Santa Fe, CA 92067** | | **Patent/IP consulting fees** | | | | **$1,150.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | DemeRx, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Holger Weis** **1212 S.E. 11th Street** **Fort Lauderdale, FL** **33316** | | **Disputed claim for unpaid compensation (subject to offset for Debtor's damages resulting from Weis' breach of fiduciary duties and corporate waste).** | **Unliquidated Disputed Subject to Setoff** | | | $621,384.81 |
| **MPI Research, Inc.** **54943 N. Main Street** **Mattawan, MI 49071** | | **Research & development costs** | | | | $6,500.00 |
| **Philip Sigel, Trustee** **8818 S.W. 72nd** **Street #F136** **Miami, FL 33173** | | **All of Debtor's assets and personal property, including without limitation, accounts, inventory, equipment, revenues, receivables, intellectual proper** | | **$135,000.00** | **Unknown** | **Unknown** |
| **Psychogenics** **215 College Rd** **Paramus, NJ 07652** | | **Research & development costs** | | | | $94,000.00 |
| **RGH Pharma** **Consulting** **94 Granville Way** **Exton, PA 19341** | | **Research & development costs** | | | | $1,750.00 |
| **Sagittarius** **Intellectual Property** **LLP** **Three Globeside** **Fieldhouse Lane** **Marlow, Bucks** **SL7 1HZ, UK** | | **Patent annuities** | | | | $1,218.05 |
| **Steve Gorlin** **Gorlin Companies** **600 E. Hopkins** **Avenue** **Aspen, CO 81611** | | **Loan to Debtor for operating expenses** | | | | $50,000.00 |
| **Steve Gorlin** **Gorlin Companies** **600 E. Hopkins** **Avenue** **Aspen, CO 81611** | | **Unsecured loan to Debtor** | | | | $15,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **DemeRx, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thermo Fisher Scientific Inc FKA Patheon 63556 Nels Anderson Road 2 Bend, OR 97701** | | **Research & development costs** | | | | **$3,200.00** |
| **Vault Rooms, Inc (Vroom) 1617 Park Place Ave, Suite 110-VR Fort Worth, TX 76110** | | **Virtual Data Room (DBMS) (Cloud storage)** | **Contingent** | | | **$11,832.00** |
| **Womble Bond Dickinson LLP Atlantic Station 271 17th Street, NW, Suite 2400 Atlanta, GA 30363** | | **Legal fees** | | | | **$129,061.40** |
| **Zenith Technologies 156 Frederick Street Dunedin 9016, NZ** | | **Research & development costs** | | | | **$138,283.00** |
| **ZTR Enterprises, LLC 2928 Rockingham Drive, NW Atlanta, GA 30327** | | **Professional fees for valuation services** | | | | **$5,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **DemeRx, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................    $ _____0.00_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................    $ ___24,882,003.16___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................    $ ___24,882,003.16___

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ ___135,000.00___

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $ _____0.00_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ ___1,928,386.06___

4. Total liabilities ........................................................................................................................
   Lines 2 + 3a + 3b    | $ ___2,063,386.06___ |

**Fill in this information to identify the case:**

Debtor name **DemeRx, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

  ☐ No. Go to Part 2.
  ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Alpine Bank**<br>**600 E. Hopkins Avenue**<br>**Aspen, CO 81611** | **Checking** | **0069** | $1,091.61 |
| 3.2. | **Alpine Bank**<br>**600 E. Hopkins Avenue**<br>**Aspen, CO 81611**<br><br>**(Account was used to hold pre-petition funds from Rights Offering participants in escrow, which since have been transferred pre-petition to the trust account of Debtor's counsel to be held in escrow.)** | **Money Market Checking** | **5972** | $34.65 |
| 3.3. | **Bank of America**<br>**1500 S. Dixie Highway**<br>**Coral Gables, FL 33146**<br><br>**(Account was used to hold pre-petition funds from Rights Offering participants in escrow, and a limited amount of operating funds. The funds from the Rights Offering participants were transferred pre-petition to the trust account of Debtor's counsel to hold in escrow. Remaining account balance reflects operating funds.)** | **Checking** | **3944** | $1,113.55 |

| Debtor | **DemeRx, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

4.       Other cash equivalents *(Identify all)*

5.       **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,239.81

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
        **Deposit on office space, held by:**
        **CIC Innovation Communities, LLC**
        **1 Broadway, 14th Floor**
7.1.    **Cambridge, MA 02142**

$3,001.35

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.       **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$3,001.35

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.       **Raw materials**

20.       **Work in progress**

21.       **Finished goods, including goods held for resale**

| Debtor | **DemeRx, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Approx. 1 kg (mult. containers) of Noribogaine hydrochloride HCl, Lot # 606950002 Located in cold storage at Patheon Development Services, Inc., 62925 NE 18th Street, Bend, OR 97001 (Patheon was recently acquired by Thermo Fisher Scientific Inc., 63556 Nels Anderson Road 2, Bend, OR 97701)** | | **Unknown** | **Unknown** |
| **3.5 kg of Noribogaine HCl, Lot No.: 606950002 Located in cold storage at S.A. Ajimoto OmniChem N.V., Cooppalllaan 91, Ind. Zone 7, B-9230 Wettern, Belgium** | | **Unknown** | **Unknown** |
| **9.5 kg of Voacangine Located in cold storage at S.A. Ajimoto OmniChem N.V., Cooppalllaan 91, Ind. Zone 7, B-9230 Wettern, Belgium** | | **Unknown** | **Unknown** |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                                                           **$0.00**

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor    **DemeRx, Inc.**                                          Case number *(if known)* _____
          Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture & fixtures**<br>**1951 NW 7th Avenue, Suite 300**<br>**Miami, FL 33136** | **$559.47** | | **$500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers & office equipment**<br>**1951 NW 7th Avenue, Suite 300**<br>**Miami, FL 33136** | **$1,452.50** | | **$950.00** |
| **Software programs (used under license only)**<br>**1951 NW 7th Avenue, Suite 300**<br>**Miami, FL 33136** | **$0.00** | | **$0.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                              | **$1,450.00** |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **DemeRx, Inc.**                                               Case number *(If known)* _____
           Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Multiple domestic and international patents and trademarks, some of which may have expired, lapsed and/or which may be abandoned by Debtor (see attached list).** **(This is a pharmaceutical R&D company.  The patents and trademarks do not have value today as they must be developed and prosecuted, an NDA must be filed, and FDA approval must be obtained.  Eventually, after this process is completed, the intellectual property may have substantial value.)** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites** **Domain Names and Renewal Dates** **www.demerx.com   03/14/2024** **Debtor has additional domain names that either already have expired, or which will soon expire and will not be renewed.** | **Unknown** | | **Unknown** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

| Debtor | **DemeRx, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | Net operating loss | Tax year **2010** | **$2,074,161.00** |
| | Net operating loss | Tax year **2011** | **$5,899,329.00** |
| | Net operating loss | Tax year **2012** | **$4,482,159.00** |
| | Net operating loss | Tax year **2013** | **$5,028,968.00** |
| | Net operating loss | Tax year **2014** | **$3,912,832.00** |
| | Net operating loss | Tax year **2015** | **$2,498,733.00** |

| 73. | **Interests in insurance policies or annuities** | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential claims against Debtor's former President/COO/CFO Holger Weis and former Board of Directors for breach of fiduciary duties to Debtor and corporate waste. (Pending Arbitration in Miami-Dade County, Holger Weis v. DemeRx, Arbitration Case No.: 01-17-0006-8886.) Demand not yet made and damages not yet quantified.** | **Unknown** |

| Nature of claim | **Breach of fiduciary duties  & corporate waste** |
|---|---|
| **Amount requested** | **$0.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Federal tax carryover of increased R&D credits (2010, 2011, 2012, 2013, 2014 combined)** | **$979,130.00** |

Debtor    **DemeRx, Inc.**                                           Case number *(If known)* _____
          Name

**Company laptop computer retained by Debtor's former President/COO/CFO Holder Weis and not returned to Debtor. Debtor believes that laptop is currently in possession of Holger Weis or his attorneys, Berger Singerman, LLP. Laptop computer contains financial information and other company data.**

                                                                               **Unknown**

| | |
|---|---|
| 78. | **Total of Part 11.** | **$24,875,312.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **DemeRx, Inc.**                                         Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,239.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,001.35 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $24,875,312.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,882,003.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,882,003.16 |

| Fill in this information to identify the case: |
|---|

Debtor name __**DemeRx, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Philip Sigel, Trustee**<br>Creditor's Name<br><br>**8818 S.W. 72nd Street**<br>**#F136**<br>**Miami, FL 33173**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**March 2, 2018**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All of Debtor's assets and personal property, including without limitation, accounts, inventory, equipment, revenues, receivables, intellectual property, royalties, domain names, and all proceeds therefrom.**<br><br>**Describe the lien**<br>**Secured promissory note (loan to fund Ch. 11 retainer & pay critical expenses)**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135,000.00 | Unknown |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $135,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **DemeRx, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,169.82 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Advanced Technology Consulting Group**
**12555 Biscayne Blvd., PMB 901**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT services**

Is the claim subject to offset? ☑ No  ☐ Yes

$2,169.82

---

**3.2** Nonpriority creditor's name and mailing address
**Arrow Pharma Services LLC**
**CMC**
**1381 Sherry Drive**
**Portage, MI 49024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Research & development costs**

Is the claim subject to offset? ☑ No  ☐ Yes

$2,137.00

---

**3.3** Nonpriority creditor's name and mailing address
**BG Pharmaceutical Consulting LLC**
**1310 Scott Avenue**
**Winnetka, IL 60093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **R & D consulting fees (1099 compensation to Dr. Robert Reder, Debtor's Vice President for Clinical Research and Development)**

Is the claim subject to offset? ☑ No  ☐ Yes

$40,175.00

---

**3.4** Nonpriority creditor's name and mailing address
**Coffey Burlington, PL**
**2601 S Bayshore Drive, PH 1**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

**(Contingent obligation - fees may be paid by insurance carrier under D&O policy)**

Is the claim subject to offset? ☑ No  ☐ Yes

$20,416.19

Debtor    **DemeRx, Inc.**
_____
Name                                          Case number (if known) _____

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**Darpo Consulting**
**Mangan AB, Trasthagen 11**
**SE 181 41 Lidingo**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Consulting fees Clinical Trial iCardiac

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,117.58 |
|---|---|---|---|

**Deborah C. Mash, Ph.D.**
**DemeRx, Inc.**
**1951 NW 7th Avenue, Suite 300**
**Miami, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Loan to Debtor for operating expenses

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Dr. Cynthia Kuhn**
**Professor of Pharmacology**
**Duke University**
**2821 Wade Road**
**Durham, NC 27705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Research & development costs

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $712,391.21 |
|---|---|---|---|

**Foley & Lardner, LLP**
**975 Page Mill Road**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  IP legal fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|---|

**Gerald Swiss**
**P.O. Box 9916**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Patent/IP consulting fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $621,384.81 |
|---|---|---|---|

**Holger Weis**
**1212 S.E. 11th Street**
**Fort Lauderdale, FL 33316**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Disputed claim for unpaid compensation (subject to offset for Debtor's damages resulting from Weis' breach of fiduciary duties and corporate waste).

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,700.00 |
|---|---|---|---|

**Michael Karukin, COO**
**DemeRx, Inc.**
**1951 NW 7th Avenue, Suite 300**
**Miami, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Accrued 1099 compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DemeRx, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**MPI Research, Inc.**
54943 N. Main Street
Mattawan, MI 49071

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Research & development costs

Is the claim subject to offset? ■ No ☐ Yes

**$6,500.00**

---

**3.13** | Nonpriority creditor's name and mailing address
**Psychogenics**
215 College Rd
Paramus, NJ 07652

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Research & development costs

Is the claim subject to offset? ■ No ☐ Yes

**$94,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**RGH Pharma Consulting**
94 Granville Way
Exton, PA 19341

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Research & development costs

Is the claim subject to offset? ■ No ☐ Yes

**$1,750.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Sagitarius Intellectual Property LLP**
Three Globeside
Fieldhouse Lane
Marlow, Bucks
SL7 1HZ, UK

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Patent annuities

Is the claim subject to offset? ■ No ☐ Yes

**$1,218.05**

---

**3.16** | Nonpriority creditor's name and mailing address
**Steve Gorlin**
Gorlin Companies
600 E. Hopkins Avenue
Aspen, CO 81611

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured loan to Debtor

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**Steve Gorlin**
Gorlin Companies
600 E. Hopkins Avenue
Aspen, CO 81611

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured loan to Debtor for operating expenses

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**Thermo Fisher Scientific Inc FKA Patheon**
63556 Nels Anderson Road 2
Bend, OR 97701

Date(s) debt was incurred _
Last 4 digits of account number  6497

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Research & development costs

Is the claim subject to offset? ■ No ☐ Yes

**$3,200.00**

---

Debtor    **DemeRx, Inc.**
_____
Name

Case number (if known) _____

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,832.00** |
|---|---|---|---|

**Vault Rooms, Inc (Vroom)**
**1617 Park Place Ave, Suite 110-VR**
**Fort Worth, TX 76110**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Virtual Data Room (DBMS) (Cloud storage)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$129,061.40** |
|---|---|---|---|

**Womble Bond Dickinson LLP**
**Atlantic Station**
**271 17th Street, NW, Suite 2400**
**Atlanta, GA 30363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal fees__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$138,283.00** |
|---|---|---|---|

**Zenith Technologies**
**156 Frederick Street**
**Dunedin 9016, NZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Research & development costs__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**ZTR Enterprises, LLC**
**2928 Rockingham Drive, NW**
**Atlanta, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Professional fees for valuation services__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Berger Singerman, LLP**<br>**350 E. Las Olas Blvd., Suite 1000**<br>**Fort Lauderdale, FL 33301** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Foley & Lardner, LLP**<br>**555 South Flower Street, Suite 3500**<br>**Los Angeles, CA 90071** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **1,928,386.06** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,928,386.06** |

---

**Fill in this information to identify the case:**

Debtor name      **DemeRx, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Insurance premium finance agreement (for Debtor's D&O insurance policy)**<br>**4 months**<br><br>**AFCO**<br>**5600 North River Road, Suite 400**<br>**Rosemont, IL 60018** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Insurance premium finance agreement (for Debtor's commercial insurance policies)**<br>**3 months**<br><br>**AFCO**<br>**5600 North River Road, Suite 400**<br>**Rosemont, IL 60018** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Executory contract for review and correction of clinical studies report.**<br><br>**Altreos Research Partners**<br>**50 Wanda Road**<br>**Toronto, ON M6P 1C6** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consulting/employment agreement for Dr. Robert Reder, Debtor's Vice President for Clinical Research and Development**<br><br>**BG Pharmaceutical Consulting LLC**<br>**1310 Scott Avenue**<br>**Winnetka, IL 60093** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **DemeRx, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor's executed month to month office lease** | |
|---|---|---|---|
| | State the term remaining | | **CIC Miami** |
| | List the contract number of any government contract | | **1951 NW 7th Avenue, 6th Floor** **Miami, FL 33136** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Storage company with which Debtor stores hard copies of invoices, business records, research materials and clinical study data.** | |
|---|---|---|---|
| | State the term remaining | | **Iron Mountain, Inc.** |
| | List the contract number of any government contract | **Customer No. 24ZVT** | **745 Atlantic Avenue, Floor 10** **Boston, MA 02111** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement as Debtor's Chief Operating Officer** | |
|---|---|---|---|
| | State the term remaining | | **Michael Karukin** **DemeRx, Inc.** |
| | List the contract number of any government contract | | **1951 NW 7th Avenue, Suite 300** **Miami, FL 33136** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Cold storage facility where drug inventory stored** | |
|---|---|---|---|
| | State the term remaining | | **S.A. Ajimoto OmniChem N.V. (Omnichem)** **Cooppalllaan 91, Ind. Zone 7** |
| | List the contract number of any government contract | | **B-9230 Wettern, Belgium** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement with INC Research, LLC and INC Research UK Limited ("Syneos Health") for Clinical Research Related Regulatory Consulting Services.** | |
|---|---|---|---|
| | State the term remaining | **August 2019 or completion** | **Syneos Health** |
| | List the contract number of any government contract | | **3201 Beechleaf Court, Suite 600** **Raleigh, NC 27604** |

| Debtor 1 | **DemeRx, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Cold storage facility where drug inventory stored**<br><br>**(Company acquired Patheon Development Services, Inc., 62925 NE 18th Street, Bend, OR 97001)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thermo Fisher Scientific Inc**<br>**63556 Nels Anderson Road 2**<br>**Bend, OR 97701** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Virtual Data Room (Cloud storage)** | |
|---|---|---|---|
| | State the term remaining | **Feb 2018 to Feb 2019** | |
| | List the contract number of any government contract | | **Vault Rooms, Inc (Vroom)**<br>**1617 Park Place Ave, Suite 110-VR**<br>**Fort Worth, TX 76110** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **DemeRx, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **DemeRx, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other  **R&D company, no revenues in 2018** | **$0.01** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other  **R&D company, no revenues in 2017** | **$0.01** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other  **R&D company, no revenues in 2016** | **$0.01** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | **Interest income** | **$15.12** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | **Interest income** | **$13.82** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **1**

Debtor   **DemeRx, Inc.** _____    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **AFCO**<br>**5600 North River Road, Suite 400**<br>**Des Plaines, IL 60018** | **Jan. 26, 2018, March 4, 2018** | **$7,490.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance premiums (per premium finance agreements)** |
| 3.2. **CIC Innovation Communities, LLC**<br>**1 Broadway, 14th Floor**<br>**Cambridge, MA 02142** | **Jan 5, 2018, March 2018** | **$7,215.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office rent (Jan., Feb. and March)** |
| 3.3. **Coffey Burlington**<br>**2601 S Bayshore Drive, PH 1**<br>**Miami, FL 33133** | **Jan 5, 2018, Feb. 2018** | **$12,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainers for legal fees ($10,000) and costs ($2,500) for arbitration with Holger Weis** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | DemeRx, Inc. | Case number *(if known)* | |
|---|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Holger Weis v. DemeRx, Inc.<br>01-17-0006-8886 | Arbitration case for disputed employee benefits | American Arbitration Association | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | DemeRx, Inc. | Case number *(if known)* | |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Aaronson Schantz Beiley P.A. Miami Tower, 27th Floor 100 S.E. 2nd Street Miami, FL 33131 | Retainer includes Chapter 11 filing fee. | March 5, 2018 | $85,000.00 |
| | Email or website address www.aspalaw.com | | | |
| | Who made the payment, if not debtor? Debtor (paid with funds obtained from secured loan) | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 305 S Andrews Avenue, Suite 515 Fort Lauderdale, FL 33301 | 8/1/2013 to 9/5/2017 |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **DemeRx, Inc.** _____    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Hancock Bank**<br>**P. O. Box 4019**<br>**Gulfport, MS 39502** | **XXXX-9231** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 2/28/18** | **$7,961.31** |
| 18.2. | **Regions Bank**<br>**Carrollton Main**<br>**777 South Park Street**<br>**Carrollton, GA 30117** | **XXXX-4791** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 2/28/18** | **$4,839.58** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor   **DemeRx, Inc.**                                                                 Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain, Inc.**<br>**745 Atlantic Avenue, Floor 10**<br>**Boston, MA 02111** | **Dr. Deborah C. Mash, CEO and John Thomas, CFO (access is obtained by request to Iron Mountain for delivery of records)** | **Hard copies of Debtor's business records, research materials and clinical study data.** | ☐ No<br>■ Yes |
| **Thermo Fisher Scientific Inc FKA Patheon**<br>**63556 Nels Anderson Road 2**<br>**Bend, OR 97701** | **Dr. Deborah C. Mash** | **Pharmaceutical products in cold storage** | ☐ No<br>■ Yes |
| **S.A. Ajimoto OmniChem N.V. (Omnichem)**<br>**Cooppalllaan 91, Ind. Zone 7**<br>**B-9230 Wettern, Belgium** | **Dr. Deborah C. Mash** | **Pharmaceutical products in cold storage** | ☐ No<br>■ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Multiple individuals and companies** | **Trust account of Debtor's counsel** | **This is not property of the Debtor, or in Debtor's possession.  Pursuant to Escrow Agreement, Debtor's counsel is holding in trust certain funds representing Debtor's pre-petition failed rights offering. Subscribers will have option to direct return of funds, or to direct funds toward Debtor's proposed DIP Loan facility.** | **$241,421.07** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | DemeRx, Inc. | Case number *(if known)* | |

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Holger Weis**<br>**1212 S.E. 11th Street**<br>**Fort Lauderdale, FL 33316** | **Up to August 2017** |
| 26a.2.   **John C. Thomas**<br>**681 Parkside Trail NW**<br>**Marietta, GA 30064** | **August 2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **John C. Thomas**<br>**681 Parkside Trail NW**<br>**Marietta, GA 30064** | **Has all financial records from August 2017 to present; prior to August 2017 has some records electronically but some may be missing.** |

Debtor    **DemeRx, Inc.**                                                    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | **Holger Weis**<br>**1212 S.E. 11th Street**<br>**Fort Lauderdale, FL 33316** | **May still have Debtor's electronic financial records up to August 2017 on company laptop still in his possession.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Deborah C. Mash, Ph.D. | DemeRx, Inc.<br>1951 NW 7th Avenue, Suite 300<br>Miami, FL 33136 | Director, Chief Executive Officer & President | 11.34% of common stock |
| Richard Serbin | 1330 Avenue of the Americas<br>14th Floor<br>New York, NY 10019 | Executive Chairman of Board of Directors | 0 |
| Christopher Hassan | 624 N Center Street<br>Naperville, IL 60563 | Director | 0 |
| Amb. Hans Hertell Esq. | 206 Tehuan Street Suite 505<br>San Juan, PR 00901 | Director | 0 |
| Heather Callendar-Potters | 2151 Interlocken Drive<br>Evergreen, CO 80439 | Director | 0 |
| John C. Thomas | 681 Parkside Trail NW<br>Marietta, GA 30064 | Treasurer & Chief Financial Officer | 0 |
| Michael Karukin | DemeRx, Inc.<br>1951 N.W. 7th Avenue, Suite 300<br>Miami, FL 33136 | Chief Operating Officer | 0 |

Debtor    **DemeRx, Inc.** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Robert Reder, MD | BG Pharmaceutical Consulting, LLC<br>1310 Scott Avenue<br>Winnetka, IL 60093 | Vice President for Clinical Research and Development | 0 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Holger Weis | 1212 S.E. 11th Street<br>Fort Lauderdale, FL 33316 | President, Chief Operating Officer and Chief Financial Officer | Late 2012 to July 24, 2017 |
| Charles E. Koob | 150 Columbus Ave., #9C<br>New York, NY 10023 | Director | 2012 to July 20, 2017 |
| Bruce Hack | 151 Central Park West, #10C<br>New York, NY 10023 | Director | 2012 to July 20, 2017 |
| Henry Mellon | 1105 North Market Street, Suite 1800<br>Wilmington, DE 19801 | Chairman of Board of Directors | 2012 to July 20, 2017 |
| Skip Clemmons | c/o Stephens Inc.<br>111 Center Street, 24th Floor<br>Little Rock, AR 72201 | Director | 2012 to July 20, 2017 |
| Peter Nejes | c/o Kemmerer Resources Corp.<br>323 Main Street<br>Chatham, NJ 07928 | Director | 2012 to July 20, 2017 |
| Steve Gorlin | 1234 Airport Road, Suite 105<br>Destin, FL 32541 | Director | 2012 to May 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **DemeRx, Inc.** _____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Holger Weis**<br>**1212 S.E. 11th Street**<br>**Fort Lauderdale, FL 33316** | **$28,907 in "salary" compensation and $11,841 in non-cash compensation (including one year prepayment of premiums on personal life insurance policy) taken in 2017 prior to removal as officer of Debtor** | **Various** | **Former officer paid compensation to himself while Debtor was under memorandum of insolvency and just prior to his removal as an officer of Debtor.** |
| | Relationship to debtor<br>**Former President/CFO/COO** | | | |
| 30.2. | **BG Pharmaceutical Consulting LLC**<br>**1310 Scott Avenue**<br>**Winnetka, IL 60093** | **R & D consulting fees $30,000.00** | | **Compensation for R & D consulting fees** |
| | Relationship to debtor<br>**Dr. Robert Reder,Consulting firm of Dr. Robert Reder (Debtor's Vice President for Clinical Research and Development)** | | | |
| 30.3. | **Michael Karukin, COO**<br>**DemeRx, Inc.**<br>**1951 NW 7th Avenue, Suite 300**<br>**Miami, FL 33136** | **Compensation $7,500** | | **For services rendered to Debtor as COO.** |
| | Relationship to debtor<br>**Chief Operating Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor __DemeRx, Inc._____     Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __April  9, 2018_____

__/s/ Deborah C. Mash, Ph.D._____          __Deborah C. Mash, Ph.D._____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __CEO, President, & Director_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re   **DemeRx, Inc.** _____   Case No. _____
                                        Debtor(s)           Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO, President, & Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **April  9, 2018** _____        **/s/ Deborah C. Mash, Ph.D.** _____
                                                **Deborah C. Mash, Ph.D.**/**CEO, President, & Director**
                                                Signer/Title

Advanced Technology Consulting Group
12555 Biscayne Blvd., PMB 901
North Miami, FL 33181


AFCO
5600 North River Road, Suite 400
Rosemont, IL 60018


Altreos Research Partners
50 Wanda Road
Toronto, ON M6P 1C6


Arrow Pharma Services LLC
CMC
1381 Sherry Drive
Portage, MI 49024


Berger Singerman, LLP
350 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301


BG Pharmaceutical Consulting LLC
1310 Scott Avenue
Winnetka, IL 60093


CIC Miami
1951 NW 7th Avenue, 6th Floor
Miami, FL 33136


Coffey Burlington, PL
2601 S Bayshore Drive, PH 1
Miami, FL 33133


Darpo Consulting
Mangan AB, Trasthagen 11
SE 181 41 Lidingo
Sweden


Deborah C. Mash, Ph.D.
DemeRx, Inc.
1951 NW 7th Avenue, Suite 300
Miami, FL 33136

Dr. Cynthia Kuhn
Professor of Pharmacology
Duke University
2821 Wade Road
Durham, NC 27705


Foley & Lardner, LLP
975 Page Mill Road
Palo Alto, CA 94304


Foley & Lardner, LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071


Gerald Swiss
P.O. Box 9916
Rancho Santa Fe, CA 92067


Holger Weis
1212 S.E. 11th Street
Fort Lauderdale, FL 33316


Iron Mountain, Inc.
745 Atlantic Avenue, Floor 10
Boston, MA 02111


Michael Karukin
DemeRx, Inc.
1951 NW 7th Avenue, Suite 300
Miami, FL 33136


Michael Karukin, COO
DemeRx, Inc.
1951 NW 7th Avenue, Suite 300
Miami, FL 33136


MPI Research, Inc.
54943 N. Main Street
Mattawan, MI 49071


Philip Sigel, Trustee
8818 S.W. 72nd Street #F136
Miami, FL 33173

Psychogenics
215 College Rd
Paramus, NJ 07652


RGH Pharma Consulting
94 Granville Way
Exton, PA 19341


S.A. Ajimoto OmniChem N.V. (Omnichem)
Cooppalllaan 91, Ind. Zone 7
B-9230 Wettern, Belgium


Sagittarius Intellectual Property LLP
Three Globeside
Fieldhouse Lane
Marlow, Bucks
SL7 1HZ, UK


Steve Gorlin
Gorlin Companies
600 E. Hopkins Avenue
Aspen, CO 81611


Syneos Health
3201 Beechleaf Court, Suite 600
Raleigh, NC 27604


Thermo Fisher Scientific Inc
63556 Nels Anderson Road 2
Bend, OR 97701


Thermo Fisher Scientific Inc FKA Patheon
63556 Nels Anderson Road 2
Bend, OR 97701


Vault Rooms, Inc (Vroom)
1617 Park Place Ave, Suite 110-VR
Fort Worth, TX 76110


Womble Bond Dickinson LLP
Atlantic Station
271 17th Street, NW, Suite 2400
Atlanta, GA 30363

Zenith Technologies
156 Frederick Street
Dunedin 9016, NZ


ZTR Enterprises, LLC
2928 Rockingham Drive, NW
Atlanta, GA 30327