

**ORDERED in the Southern District of Florida on March 4, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

DEMERX, INC.,

      Debtor.
_____/

Case No.: 18-14149-RAM

Chapter 11

### ORDER GRANTING DEBTOR'S MOTION FOR CRAMDOWN IN CONNECTION WITH PREPETITION SHAREHOLDERS

THIS MATTER came before the Court on February 26, 2019 at 10:00 a.m. upon *Motion for Cramdown in Connection with Prepetition Shareholders* [ECF 249] by Debtor DemeRx, Inc. (the "Motion"). The Court, having reviewed the Motion, having heard argument from counsel, finding that notice upon prepetition shareholders and interested parties was sufficient, and there being good and sufficient cause, it is

ORDERED as follows:

1. For the reasons set forth on the record, and pursuant to 11 U.S.C. § 1129(b), the Motion is granted.

# # #

Submitted by:
Geoffrey S. Aaronson, Esq.
Florida Bar No. 349623
Samuel J. Capuano, Esq.
Florida Bar No. 90946
Aaronson Schantz Beiley P.A.
One Biscayne Tower
2 S. Biscayne Blvd., 34th Floor
Miami, Florida 33131
Telephone: 786-594-3000
Telefax: 305-424-9336
gaaronson@aspalaw.com
scapuano@aspalaw.com
*Attorneys for Debtor*

Mr. Aaronson is directed to serve a copy of this Order upon all interested parties and file a certificate of service.